IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen        Date:  May 13, 2014
Court Reporter:     Gwen Daniel           Probation: Laura Ansart

_____

Criminal Action No.  13-cr-00381-WJM        *Counsel:*

UNITED STATES OF AMERICA,                   David Conner

     Plaintiff,

v.

TODD BREWER,                                Bradley Lozow

     Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

03:05 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Conner

Sentencing Statement by Mr. Lozow

**ORDERED:  The Government's Motion to Grant the Defendant an Additional
One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b), If Applicable
[35] is GRANTED.**

**ORDERED:** **The Government's Motion for Downward Departure Pursuant to § 5K1.1 [36] is GRANTED.**

Defendant's Allocution

Defendant plead guilty to Count One of the Indictment on March 4, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Todd Brewer, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**The defendant's custodial sentence has been satisfied as of the date of sentencing.  The Bureau of Prisons is directed to release the defendant as soon as practicable, but in no event later than one week from today, May 20, 2014.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

**1.** **The defendant shall not associate with or have any contact with any gang members and he shall not participate in any gang activity, to include displaying gang paraphernalia.**

      **2.**     **The defendant shall perform 100 hours of community service as directed by the probation officer.**

**ORDERED:**  **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:**  **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

**ORDERED:**  **Defendant is REMANDED to the custody of the U.S. Marshal.**

03:26 p.m.    Court in Recess
                Hearing concluded
                Time: 21 minutes