IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   13-cr-00381-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD BREWER,

    Defendant.

---

### ORDER

---

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Todd Brewer is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 13 day of May 2014.

BY THE COURT:

[signature]

Judge William J. Martínez
United States District Judge